# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:24-CR-00162-FDW-SCR

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JAMES PATRICK MCGRAW, )<br>)<br>)<br>Defendant. )<br>) | **ORDER** |

**THIS MATTER** is before the Court on Defendant's Motion to Continue Docket Call/Trial, (Doc. No. 12), which is presently scheduled for January 6, 2025. The United States does not oppose the Motion. For good cause shown, Defendant's Motion is **GRANTED** and Docket Call/Trial in this matter is **CONTINUED** to the Court's next available criminal term. All pretrial deadlines are **CONTINUED** consistent with this Order and the Court's Standing Order governing criminal cases.

**IT IS THEREFORE ORDERED** that Defendant's Motion to Continue Docket Call/Trial, (Doc. No. 12), is **GRANTED**. In granting the motion, the Court finds the ends of justice served by tolling the speedy trial clock through the Court's next available criminal term pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) outweigh the best interest of the public and the Defendant in a speedy trial.

**IT IS SO ORDERED**.

Signed: December 2, 2024

Frank D. Whitney
United States District Judge